

# United States District Court
### SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Tracy Holt;<br><br>v.<br><br>MacArthur; Calderon; Stewart; Hunt; Sedeghi; Seely; Canlas; Unknown Doctors and Chief Medical Officer; Akbari; | Civil Action No.   11-cv-1502-GPC-KSC<br><br><br>**JUDGMENT IN A CIVIL CASE** |

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

This action is Dismissed With Prejudice, in its entirety; Except as set forth in the settlement agreement between the Parties, each party shall bear its own fees and costs.

| | |
|---|---|
| **Date:**          5/8/14 | **CLERK OF COURT**<br>**JOHN MORRILL, Clerk of Court**<br>By:  s/  S. Melvin<br>                    S. Melvin, Deputy |